**UNITED STATES of America, Plaintiff–Appellee**

v.

**Derrick Demond BRANCH, also known as Dedrick Demon Branch, Defendant–Appellant.**

**No. 08–60918 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

May 26, 2009.

Susan S. Bradley, U.S. Attorney's Office, Northern District of Mississippi, Oxford, MS, for Plaintiff–Appellee.

Kevin J. Payne, U.S. District Court, Northern District of Mississippi, Oxford, MS, for Defendant–Appellant.

Before REAVLEY, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

Derrick Demond Branch appeals his 180–month sentence following his guilty

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

plea conviction for carjacking. *See* 18 U.S.C. § 2119. Branch argues that the district court erred by imposing a higher non-guidelines sentence based on factors already accounted for in the guidelines calculations.

The district court was not precluded from imposing a departure or variance based on factors that the Guidelines had already taken into account. *See United States v. Brantley,* 537 F.3d 347, 350 (5th Cir.2008); *United States v. Williams,* 517 F.3d 801, 810–11 (5th Cir.2008).

AFFIRMED.